UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| KEVIN O'CONNOR, | |
|---|---|
| Plaintiff, | NOTICE OF MOTION |
| -against- | Index: 24-CV-2095 (MKB)(ST) |
| COUNTY OF NASSAU, et al. | |
| Defendants. | |

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, declaration and exhibits, Kevin O'Connor will move this Court before the Honorable Steven Tiscione, at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York, NY 117222, for Orders:

1. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, striking the Defendants' answer; and

2. For such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order dated November 17, 2025, any response to this motion shall be filed on or before December 12, 2025, after which the movant's reply will be due on December 19, 2025.

Dated: Garden City, New York
November 19, 2025

**BARKET EPSTEIN KEARON ALDEA
& LOTURCO, LLP**

/s/ *Alexander Klein*
Alexander Klein, Esq.
666 Old Country Road, Ste. 700
Garden City, New York 11530
(516) 745-1500