```
 1  STATE OF NEW YORK:       NASSAU COUNTY
    DISTRICT COURT:          CRIMINAL PART DVM
 2  ----------------------------------------x
    THE PEOPLE OF THE STATE OF NEW YORK,
 3                                              DOCKET NO.
                                                2023CR347584
 4          -against-

 5
    KEVIN O'CONNOR,
 6
                    Defendant.
 7  ----------------------------------------x
                            June 16, 2023
 8                          Hempstead, New York

 9  B E F O R E:

10              THE HONORABLE MAXINE S. BRODERICK
                DISTRICT COURT JUDGE
11

12  A P P E A R A N C E S:

13              ANNE DONNELLY
                NASSAU COUNTY DISTRICT ATTORNEY
14              99 Main Street
                Hempstead, New York  11550
15              BY:  FARIMA RUSTEMI, ESQ.

16
                BARKET, EPSTEIN, KEARON,
17              ALDEA and LOTURCO, LLP.
                Attorney for Defendant
18              600 Old Country Road
                Garden City, NY  11530
19              BY: STEPHEN EPSTEIN, ESQ.

20

21

22                          THERESA ZENI
                        OFFICIAL COURT REPORTER
23

24

25
```

```
1        COURT CLERK:  For the record, number 23, Kevin
2   O'Connor.
3        MR. EPSTEIN:  Barket, Epstein, Kearon, Aldea
4   and LoTurco, by Stephen Epstein, 666 Old Counsel Road,
5   Garden City, New York, for Mr. O'Connor.
6        MS. RUSTEMI:  For the People, Farima Rustemi.
7        MR. EPSTEIN:  Your Honor, the defendant wishes
8   to move to dismiss this matter.  The Court is aware from
9   the prior conference that the allegations set forth in
10  the accusatory instrument did not make out a crime and
11  should have been charged.
12       THE COURT;  Do the People consent?
13       MS. RUSTEMI:  The People join.
14       THE COURT:  Mr. O'Connor, this matter is
15  dismissed in its entirety pursuant to CPL 170.30(1)(f).
16  Actually, I do believe I previously had vacated the
17  order of protection.  That concludes this matter.  You
18  are dismissed.
19       MR. EPSTEIN:  Thank you.
```

**************************************************

CERTIFIED THAT THE FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT OF THE ORIGINAL STENOGRAPHIC MINUTES IN THIS CASE.

_____
THERESA ZENI
Official Court Reporter