**From:** Bruce Barket <bbarket@barketepstein.com>
**Sent:** Thursday, August 14, 2025 11:40 AM
**To:** Victoria LaGreca <VLaGreca@nassaucountyny.gov>
**Cc:** Alexander Klein <aklein@barketepstein.com>; Aida Leisenring <aleisenring@barketepstein.com>
**Subject:** Re: Kevin O'Connor Discovery Demands (Outstanding Discovery)

Yes. We texted before the arrest.

Bruce A. Barket
Barket, Epstein, Kearon, Aldea & LoTurco
666 Old Country Road (700)
Garden City, NY 11530
Barketepstein.com
Office 516 745-1500
Mobile (516) 287-7230

On Aug 14, 2025, at 11:10 AM, LaGreca, Victoria <VLaGreca@nassaucountyny.gov> wrote:

I don't have any texts or emails. As I stated, I asked PD legal if they are able to help me with that request. I do not know whether or not they have access to her phone if she turned it in when she went on leave.

Can you clarify- You have text messages with Detective Nardo? Meaning, a conversation between you and her, or your client and her?

Best,

Victoria LaGreca
Victoria LaGreca
Deputy Bureau Chief
Litigation and Appeals Bureau
Office of the Nassau County Attorney

1 West Street
Mineola, New York 11501
(516) 571-5775

**From:** Bruce Barket <bbarket@barketepstein.com>
**Sent:** Wednesday, August 13, 2025 5:15 PM
**To:** LaGreca, Victoria <VLaGreca@nassaucountyny.gov>
**Cc:** Alexander Klein <aklein@barketepstein.com>; Aida Leisenring <aleisenring@barketepstein.com>
**Subject:** RE: Kevin O'Connor Discovery Demands (Outstanding Discovery)

**Attention: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.**

I have gone through the discovery and I didn't see a single email, text or hand written note. When can we expect to receive that material? I know there are texts messages because I have some with the detective.

Bruce A. Barket, Esq.
Barket Epstein Kearon Aldea & LoTurco, LLP
666 Old Country Road , Ste. 700
Garden City, NY 11530
(516) 745 1500 [P]  (516) 745 1245 [F]
www.barketepstein.com


This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments

**From:** LaGreca, Victoria <VLaGreca@nassaucountyny.gov>
**Sent:** Tuesday, August 12, 2025 12:15 PM
**To:** Bruce Barket <bbarket@barketepstein.com>
**Cc:** Alexander Klein <aklein@barketepstein.com>; Aida Leisenring <aleisenring@barketepstein.com>
**Subject:** RE: Kevin O'Connor Discovery Demands (Outstanding Discovery)

Please let me know if the body worn camera link works.

Confirmed for 11 AM.

Thank you,

Victoria LaGreca
Victoria LaGreca
Deputy Bureau Chief
Litigation and Appeals Bureau
Office of the Nassau County Attorney
1 West Street
Mineola, New York 11501
(516) 571-5775

**From:** Bruce Barket <bbarket@barketepstein.com>
**Sent:** Tuesday, August 12, 2025 11:42 AM
**To:** LaGreca, Victoria <VLaGreca@nassaucountyny.gov>
**Cc:** Alexander Klein <aklein@barketepstein.com>; Aida Leisenring <aleisenring@barketepstein.com>
**Subject:** Re: Kevin O'Connor Discovery Demands (Outstanding Discovery)

**Attention: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.**

Thanks for the documents. We can start at 11:00, if that is ok. Our office is 1 mile from your office.


Bruce A. Barket
Barket, Epstein, Kearon, Aldea & LoTurco
666 Old Country Road (700)
Garden City, NY 11530
Barketepstein.com
Office 516 745-1500
Mobile (516) 287-7230

On Aug 12, 2025, at 10:54 AM, LaGreca, Victoria <VLaGreca@nassaucountyny.gov> wrote:

Please see attached. I will send body worn camera through a sharedpoint link.

Also, are you amenable to Det. Nardo's deposition being virtual? If not, I will need a later start time. I have to prep her and it will take longer than an hour to do that and get to your office. Thank you.

Best,

Victoria LaGreca
Victoria LaGreca
Deputy Bureau Chief
Litigation and Appeals Bureau
Office of the Nassau County Attorney
1 West Street
Mineola, New York 11501
(516) 571-5775

**From:** Bruce Barket <bbarket@barketepstein.com>
**Sent:** Monday, August 11, 2025 7:07 PM
**To:** Alexander Klein <aklein@barketepstein.com>; LaGreca, Victoria <VLaGreca@nassaucountyny.gov>; Aida Leisenring <aleisenring@barketepstein.com>
**Subject:** RE: Kevin O'Connor Discovery Demands (Outstanding Discovery)

**Attention: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.**
Good evening,

We need a response to our discovery demands to move forward with the deposition, as I am sure you know. To date, I don't think a single note, report, email, text has been produced. This is such a basic request that I am reluctant to bring it to the Court, as the dispute will reflect poorly on all of us. But, I can't simply ignore this.

The demand has been with your office for months. Please do your best to get us this material on or before the 15th. I can review it over the weekend. The deposition will take place in our office in Garden City on the 18th at 10:00 am.

Thanks

Bruce A. Barket, Esq.

Barket Epstein Kearon Aldea & LoTurco, LLP

666 Old Country Road , Ste. 700

Garden City, NY 11530

(516) 745 1500 [P]  (516) 745 1245 [F]

[www.barketepstein.com](www.barketepstein.com)

This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments

**From:** Alexander Klein <aklein@barketepstein.com>
**Sent:** Monday, August 4, 2025 1:49 PM
**To:** LaGreca, Victoria <VLaGreca@nassaucountyny.gov>; Aida Leisenring <aleisenring@barketepstein.com>
**Cc:** Bruce Barket <bbarket@barketepstein.com>
**Subject:** RE: Kevin O'Connor Discovery Demands (Outstanding Discovery)

Thanks, Victoria.  Any luck here?

**Alexander Klein, Esq.**

Barket Epstein Kearon Aldea & LoTurco, LLP

666 Old Country Road, Suite 700

Garden City, New York 11530

(516) 745-1500

**From:** LaGreca, Victoria <VLaGreca@nassaucountyny.gov>
**Sent:** Thursday, July 31, 2025 2:27 PM
**To:** Aida Leisenring <aleisenring@barketepstein.com>
**Cc:** Alexander Klein <aklein@barketepstein.com>; Bruce Barket <bbarket@barketepstein.com>
**Subject:** RE: Kevin O'Connor Discovery Demands (Outstanding Discovery)

Good afternoon,

I will inquire about this with PD legal. I can honestly say I am unsure what the procedure or policy is for retrieving any texts/emails if the Detective is not currently reporting to work or in possession of the phone. I will find out.

Thank you,

Victoria LaGreca
Victoria LaGreca
Deputy Bureau Chief
Litigation and Appeals Bureau
Office of the Nassau County Attorney
1 West Street
Mineola, New York 11501
(516) 571-5775

**From:** Aida Leisenring <aleisenring@barketepstein.com>
**Sent:** Wednesday, July 30, 2025 3:02 PM
**To:** LaGreca, Victoria <VLaGreca@nassaucountyny.gov>
**Cc:** Alexander Klein <aklein@barketepstein.com>; Bruce Barket <bbarket@barketepstein.com>
**Subject:** Kevin O'Connor Discovery Demands (Outstanding Discovery)

**Attention: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.**
Hello Victoria,

I hope you are well. In preparation for the deposition of Det. Nardo, we have reviewed your discovery responses and believe there may be some outstanding items—specifically, texts, emails, and internal communications between Det. Nardo and other members of law enforcement, the DA's Office, and Mr. O'Connor. I understand that her phone was handed in when she went on leave. Accordingly, can you get copies of all her communications relating to this case?

I have attached our Discovery Demand and direct you to Items 1.b-d, 1k, and 1l on pages 6-7 referencing these requests. Will you be able to obtain these documents a week before the deposition?

Thank you for your attention to this matter.

Best,

Aida


Aida Ferrer Leisenring, Esq.
Partner
Barket Epstein Kearon Aldea & LoTurco, LLP.
666 Old Country Road, Ste. 700
Garden City, NY 11530
(516) 745-1500



**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance

and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.
<case.arrest report_Redacted.pdf>
<561361_Redacted.pdf>
<oconnor_561360_Redacted.pdf>

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.