**From:** Alexander Klein
**Sent:** Tuesday, September 16, 2025 10:54 AM
**To:** Bruce Barket <bbarket@barketepstein.com>; Mklopman@nassaucountyny.gov
**Cc:** Aida Leisenring <aleisenring@barketepstein.com>
**Subject:** RE: Kevin O'Connor

Matthew—

Following up here.

**Alexander Klein, Esq.**
Barket Epstein Kearon Aldea & LoTurco, LLP
666 Old Country Road, Suite 700
Garden City, New York 11530
(516) 745-1500

**From:** Bruce Barket <bbarket@barketepstein.com>
**Sent:** Friday, September 12, 2025 3:45 PM
**To:** Mklopman@nassaucountyny.gov
**Cc:** Aida Leisenring <aleisenring@barketepstein.com>; Alexander Klein <aklein@barketepstein.com>
**Subject:** Kevin O'Connor

Good afternoon,

I understand that you have picked up this matter. Welcome. We look forward to working with you. The fact discovery is to be complete come by September 18th. We gather you will need more time. Can you write a letter with out consent asking to extend time for 60 days, or whatever you reasonably need. Also, we deposed the detective and there are several items due to us, emails, etc. When can we expect those items so we can finish the deposition of the detective.

Looking forward to hearing from you.

Bruce A. Barket, Esq.
Barket Epstein Kearon Aldea & LoTurco, LLP

666 Old Country Road , Ste. 700
Garden City, NY 11530
(516) 745 1500 [P]  (516) 745 1245 [F]
www.barketepstein.com

This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments