# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | September 26, 2025 |
| TIME: | 3:00 P.M. |
| DOCKET NUMBER(S): | CV-24-2095 (MKB) |
| NAME OF CASE(S): | O'Connor v. County of Nassau et al |
| FOR PLAINTIFF(S): | Leisenring, Klein, Barket |
| FOR DEFENDANT(S): | Did not Appear |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (3:00 - 3:15) |

RULINGS FROM Motion Hearing:

Defense counsel did not appear once again and all attorneys of record in the case have left the County Attorney's Office and were not replaced. Discovery in this case has stalled for months while attorneys have continued to change over. Accordingly, Plaintiff's MOTION for Discovery [25] is granted. The deadlines for completion of discovery are extended by 45 days for the sole purpose of allowing Plaintiff to obtain the discovery they have been seeking. Defendants are ordered to have the new attorney assigned to this case file a Notice of Appearance within 14 days and produce all outstanding discovery responses within 30 days. Failure to comply will result in sanctions, including allowing Plaintiff to make a motion to strike Defendants' Answer for failure to defend.