UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
O'Connor,

                                                **NOTICE OF APPEARANCE**

                Plaintiff,

  -against-                                    2:24-cv-02095-MKB-ST

County of Nassau et al,

                  Defendant.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that Thomas A. Adams, Nassau County Attorney, by NICHOLAS ZOTTO, Deputy County Attorney, hereby appears for County Defendants, The County of Nassau and Detective Taylor Nardo (hereinafter, collectively referred to as the "County Defendants"), and in this action that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated: Mineola, New York
September 30, 2025

                                                THOMAS A. ADAMS
                                                Nassau County Attorney

                                   By:    __s/Nicholas Zotto_____
                                          NICHOLAS ZOTTO
                                          Deputy County Attorney
                                          One West Street
                                          Mineola, New York 11501
                                          (516) 571-3020

TO: via email

Aida Ferrer Leisenring
Barket Marion Epstein & Kearon, LLP
666 Old Country Road, Suite 700
Garden City, NY 11530
516-745-1500
Fax: 516-745-1245
Email: aleisenring@barketepstein.com

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Alexander R. Klein
Barket Epstein Kearon Aldea & LoTurco, LLP
666 Old Country Road
Ste 700
Garden City, NY 11530
516-745-1500
Fax: 516-745-1245
Email: aklein@barketepstein.com
ATTORNEY TO BE NOTICED