**DISNEY TIME SHARE**

The parties acknowledge and agree that they purchased a Disney Time Share, in joint names, subsequent to the full execution of the Separation Agreement dated December 5, 2020. The parties acknowledge and represent that the Disney Time Share is subject to a mortgage through Disney Vacation Development, Inc. with an approximate outstanding principal balance in the amount of $35,448.28. The parties have agreed that the Wife shall cooperate and execute any and all documents required to transfer the Disney Time Share into the sole name of the Husband simultaneously with the execution of the within Modification to Separation Agreement.

The Husband shall be solely responsible for the preparation of any and all documents required to be signed by the Wife to transfer the Disney Time Share into his sole name. Upon execution of the transfer documents, the Husband shall be responsible for any and all costs associated with the Disney Time Share, **he shall make all payments therefore timely** and shall indemnify and hold the Wife harmless with regard to same. The Wife agrees to waive any and all interest she may now have or may hereafter acquire in same.

<h2 style="text-align:center">ARTILCE VII</h2>

The parties acknowledge and agree that the provision of their December 5, 2020 Separation Agreement labeled **"EQUITABLE DISTRIBUTION"** shall be modified **only to the extent** to include the following terms and conditions:

**MERCEDES**

The parties acknowledge and agree that they leased a Mercedes Benz GLB250 subsequent to the execution of the Separation Agreement dated December 5, 2020 with the Wife as the Lessee

