

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

December 31, 2025

Hon. Steven L. Tiscione, U.S.M.J.
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    Kevin O'Connor v. County of Nassau
             24-cv-02095-MKB-ST

Dear Judge Tiscione,

    This office represents the plaintiff, Kevin O'Connor. We are writing to notify the Court that we have accepted a Rule 68 offer from the defense to settle the case amicably. We will supply the Court with the appropriate paperwork under separate cover. In the interim there is of course no need for the Court to render a decision on the pending motion to strike the defendant's answer.

    Thank you for your consideration.

                                                  Sincerely,

                                                  /s/ *Alexander Klein*
                                                  Alexander Klein, Esq.