UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN O'CONNOR,

                         24-CV-2095 (MKB) (ST)

        Plaintiff,

 - against -                    **OFFER OF JUDGMENT**

THE COUNTY OF NASSAU, et al,

        Defendants.
------------------------------------------------------------X

  Defendants, The County of Nassau and Detective Taylor Nardo (hereinafter referred to as "County Defendants") make the following Offer of Judgment on behalf of itself, to plaintiff KEVIN O'CONNOR, pursuant to Federal Rule of Civil Procedure 68:

    1.    County Defendants hereby offer to allow plaintiff KEVIN O'CONNOR to take a judgment against it in this action for the total sum of One Hundred and Eighty Thousand Dollars ($180,000.00).

    2.    Attorney's fees and costs are excluded from this offer and County Defendants agree to pay reasonable attorney's fees and costs accrued to date, as determined by the Court.

    3.    The judgment shall be in full satisfaction of all claims or rights that plaintiff KEVIN O'CONNOR may have to damages, or any other form or relief, arising out of the alleged acts or omissions of County Defendants or any official, employee, or agent, either past or present of THE COUNTY OF NASSAU, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

    4.    Defendants make this offer more than 14 days before the date set for trial.

5. This offer is not an admission of liability by the County Defendants or that plaintiff has suffered any damage but is made solely for the purpose of compromising disputed claims.

6. The Offer of Judgment will remain open and irrevocable for 14 days after service.

7. If plaintiff KEVIN O'CONNOR does not accept this offer in writing within 14 days after service, then the offer shall be deemed withdrawn.

8. Acceptance of this offer will result in a final judgment in the aforestated amount as against County Defendants.

9. Acceptance of this offer of judgment will act to release and discharge defendant Detective Taylor Nardo her successors or assigns; and all past and present, and County of Nassau officials, employees, representatives and agents of THE COUNTY OF NASSAU, or any agency thereof, and THE COUNTY OF NASSAU from any and all claims that were or could have been alleged by plaintiff KEVIN O'CONNOR in the above-referenced action.

Dated: Mineola, New York
      January 2, 2026

THOMAS A. ADAMS
Nassau County Attorney

By: /s/Nicholas Zotto
NICHOLAS ZOTTO
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-3012

To: Aida Ferrer Leisenring

Barket Marion Epstein & Kearon, LLP

666 Old Country Road, Suite 700

Garden City, NY 11530

516-745-1500

Fax: 516-745-1245

Email: aleisenring@barketepstein.com


Alexander R. Klein

Barket Epstein Kearon Aldea & LoTurco, LLP

666 Old Country Road Ste 700

Garden City, NY 11530

516-745-1500

Fax: 516-745-1245

Email: aklein@barketepstein.com